UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IRIS D. FLANIGAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>CAROLYN W. COLVIN,<br><br>          Defendant. | Case No.: 2:12-cv-01888-GMN-PAL<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE PEGGY A. LEEN** |

Pending before the Court is the Report and Recommendation (ECF No. 19) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered May 28, 2014.

Pursuant to Local Rule IB 3-2(a), objections were due by June 14, 2014. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Leen's Recommendation should be **ACCEPTED and ADOPTED in full**.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Remand (ECF No. 13) is **GRANTED** and the Commissioner's Cross-Motion for Summary Judgment (ECF No. 14) is **DENIED**.

**IT IS FURTHER ORDERED** that this case is remanded to the ALJ for further administrative action consistent with this Order and with Judge Leen's Report and Recommendation (ECF No. 19).

**DATED** this 18th day of June, 2014.

_____

Gloria M. Navarro, Chief Judge
United States District Court